IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Division

| | |
|---|---|
| PEGGY ROSE, | : |
| Plaintiff | : |
| v. | : |
| | : Civil Action No. _____ |
| THOSE CERTAIN UNDERWRITERS AT LLOYDS, LONDON WHO SUBSCRIBE TO CERTIFICATE NO. HO995299, et al, | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Defendants, through counsel and pursuant to 28 U.S.C. §1446, hereby remove this action from the Circuit Court for Lee County to the United States District Court for the Western District of Virginia, Big Stone Division. In support of this notice, defendants respectfully state the following:

1. Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995299, Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995787, Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO996637, and Those Certain Underwriters at Lloyd's, London Who Subscribe to Certificate No. HO998136 are defendants in a civil action brought against them in the Circuit Court for Lee County, now captioned *Peggy Rose v. Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995299*, et al, CL 16110238, on the docket of said Court. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in that action are attached hereto as Exhibits 1 through 10.

2. Removal from the Circuit Court for Lee County to this Honorable Court is appropriate under 28 U.S.C. § 1446 because this Court has original diversity jurisdiction

715748v.1

pursuant to 28 U.S.C. § 1332(a)(1)-(2) as a suit between citizens of different States and "citizens of a State and citizens or subjects of a foreign state" where the matter in controversy exceeds $75,000.00.

3. The action was commenced by filing of the Complaint on November 4, 2016 against three defendants: Assurant Specialty Property, Standard Guaranty Insurance Co., and Commonwealth Underwriters, Ltd. (*See* Compl., attached hereto as Ex. 1)

4. The Circuit Court for Lee County entered an order dismissing Assurant Specialty Property and Standard Guaranty Insurance Co. on March 14, 2017, leaving only one defendant: Commonwealth Underwriters, Ltd., an entity alleged to have been a resident of Virginia. (*See* Ex. 1, ¶ 1.)

5. Fourteen days later, the Circuit Court for Lee County entered a substitution order on March 28, 2017, in where it dismissed Commonwealth Underwriters, Ltd. (*See* Ex. 10)

6. That same order added four defendants: Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995299, Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995787, Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO996637, and Those Certain Underwriters at Lloyd's, London Who Subscribe to Certificate No. HO998136.

7. None of the defendants are citizens in the Commonwealth of Virginia for the purposes of diversity.

    a. Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995299 and Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO995787 are foreign corporate entities neither of which are incorporated in or have principal places of business in the

715748v.1

Commonwealth of Virginia.

    b. Those Certain Underwriters at Lloyd's, London Who Subscribe To Certificate No. HO996637 and Those Certain Underwriters at Lloyd's, London Who Subscribe to Certificate No. HO998136 are foreign non-corporate entities neither of which have members that are citizens of Virginia.

8. Plaintiff is a resident of Virginia. (*See* Ex. 1, ¶ 1.)

9. The amount in controversy exceeds the $75,000 jurisdictional limit pursuant to 28 U.S.C. § 1332 as plaintiff seeks judgment "in the amount of $150,000.00, and her costs and expenses incurred in this action." (*See* Ex. 1, WHEREFORE clause.)

10. Therefore this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1)-(2) as a suit between citizens of different States and "citizens of a State and citizens or subjects of a foreign state" where the matter in controversy exceeds $75,000.00.

11. Pursuant to 28 U.S.C. § 1446(b)(1) & (3), this case became removable once the Circuit Court for Lee County dismissed the sole remaining Virginia defendant (*See* Ex. 9), and add the non-Virginia defendants (*See* Ex. 10). Thus, the timing for removal is appropriate in that less than 30 days has passed since March 28 when the four defendants were added to the litigation.

WHEREFORE, defendants hereby remove this action from the Circuit Court for Lee County to this Court, pursuant to 28 U.S.C. § 1441.

                                          **THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NO. HO995299; THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NO. HO995787; THOSE CERTAIN UNDERWRITERS AT**

**LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NO. HO996637; AND THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NO. HO998136**

By Counsel

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

  /s/ *Kathryn A. Grace*
Kathryn A. Grace, VSB No. 71213
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (facsimile)
Kathryn.Grace@WilsonElser.com
*Counsel for defendants*

Date:   April 26, 2017

715748v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, the foregoing was served, via United States Certified Mail, postage prepaid, upon:

Anthony E. Collins
P.O. Box 3465
Wise, Virginia 24293
(276) 328-2433
*Counsel for Peggy Rose*

    /s/ *Kathryn A. Grace*
Kathryn A. Grace, VSB No. 71213
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (facsimile)
Kathryn.Grace@WilsonElser.com
*Counsel for defendants*

715748v.1