IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 30 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| PEGGY ROSE,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No: 2:17cv00009<br>)<br>) |
| THOSE CERTAIN UNDERWRITERS<br>AT LLOYDS LONDON, etc.,<br>    Defendants | ) **ORDER**<br>) By: JAMES P. JONES<br>) United States District Judge<br>) |

A status conference was conducted by telephone conference call in this case on June 30, 2017, before Pamela Meade Sargent, United States Magistrate Judge. During this conference, the pro se plaintiff informed the court that she no longer wanted to pursue her claims against the defendants, and she requested that the court dismiss her claims. Counsel for the defendants voiced no objection. Therefore, on motion of the plaintiff, it is **ORDERED** that this matter is voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2). The Clerk is directed to close the case and strike it from the docket.

A copy of this Order shall be provided to all counsel of record and to the plaintiff at P.O. Box 342, Duffield, VA 24244.

ENTER: this 30th day of June 2017.

/s/ James P. Jones
UNITED STATES DISTRICT JUDGE